# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KEVIN PACKARD, <br><br> Defendant. | Case No. 1:16-cr-00069-LJO-SKO <br><br> ORDER DENYING DEFENDANT'S MOTION FOR BAIL REVIEW <br><br> (ECF No. 842) |

On January 7, 2020, Defendant Kevin Packard filed a motion for bail review to be placed on pretrial release. (ECF No. 842.) On January 8, 2020, a hearing on Defendant's motion was held before the undersigned. (ECF No. 843.) Defendant appeared in custody with counsel Kevin Little. (Id.) Counsel Kimberly Sanchez appeared for the Government. (Id.) Having considered the moving papers and the arguments presented at the January 8, 2020 hearing, the Court shall deny Defendant's motion for bail review.

For the reasons stated on the record, Defendant's the new information does not overcome the Defendant's burden of showing that he is neither a flight risk or a danger to the community. Therefore, Defendant's motion for bail review and release on conditions is DENIED. The Defendant remains detained as a flight risk and danger.

IT IS SO ORDERED.

Dated: **January 8, 2020**

UNITED STATES MAGISTRATE JUDGE

1