Kevin G. Little SBN: 149818
Law Office of Kevin G. Little
Post Office Box 8656
Fresno, California 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-Mail: kevin@kevinglittle.com

Attorney for Defendant Kevin Packard

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN PACKARD,<br><br>Defendant. | No. 1:16-CR-00069-LJO-SKO<br><br>STIPULATION TO CONTINUE SENTENCING |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel Kevin G. Little , attorney for Defendant, and Kimberly Sanchez, Assistant U.S. Attorney for the United States that the hearing currently scheduled for June 17, 2020 shall be continued to January 30, 2020 at 2:00 PM.

This continuance is necessary because the attorney for defendant starts a misdemeanor trial in Fresno Superior Court on Thursday the 16th of January that will almost certainly continue through Friday, the 17th of January.

The parties stipulate that the ends of justice are served nu the court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18U.S.C. §3161(h)(7)(B)(iv). The parties stipulate and agree that the interest of justice is served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)

-1-

DATED: January 13, 2020                             Respectfully submitted,

                                                    /s/ Kevin G. Little
                                                    Kevin G. Little, Attorney at Law
                                                    Attorney for Defendant Kevin Packard




DATED: January 14, 2020                             Respectfully submitted,

                                                    /s/ Kimberly A. Sanchez
                                                    Kimberly A. Sanchez
                                                    Attorney for the United States of America

# **ORDER**

    IT IS HEREBY ORDERED THAT the date set for hearing on January 17, 2020, shall be continued to January 30, 2020 at 2:00pm.

IT IS SO ORDERED.

Dated: __**January 16, 2020**__

UNITED STATES MAGISTRATE JUDGE