Kevin G. Little, SBN 149818
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, California  93747
Telephone:  (559) 342-5800
Facsimile:  (559) 242-2400
E-Mail:  kevin@kevinglittle.com

Attorneys for Defendant Kevin Packard

### IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 1:16-cr-00069-LJO-SKO |
| Plaintiff, | STIPULATION TO CONTINUE HEARING |
| v. | |
| KEVIN PACKARD, | Date:      February 14, 2020 |
| Defendant. | Time:      2:00 PM |
| | Courtroom: 7, 6th Floor |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel KEVIN G. LITTLE, attorney for Defendant, and KIMBERLY SANCHEZ, Assistant U.S. Attorney for the United States that the hearing currently scheduled for February 14, 2020, shall be continued to February 21, 2020, at 2:00 PM.

This continuance is necessary because the attorney for defendant has a scheduled training that conflicts with the hearing as currently scheduled, and also because the pending discovery issues may well remain unresolved by the current hearing date, and the additional time to meet and confer would therefore be beneficial.

The parties further agree that the ends of justice are served by the Court's permitting this brief continuance.

DATED: January 30, 2020

Respectfully submitted,
*/s/ Kevin G. Little*
Kevin G. Little
Attorney for Defendant Kevin Packard

DATED: January 30, 2020

Respectfully submitted,
*/s/ Kimberly A. Sanchez*
Kimberly A. Sanchez
Assistant U.S. Attorney
Attorney for the United States

## ORDER

IT IS HEREBY ORDERED THAT the date set for hearing on February 14, 2020, shall be continued to February 21, 2020, at 2:00 PM before Judge Sheila Oberto.

IT IS SO ORDERED.

Dated:  **January 31, 2020**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE