Kevin G. Little, SBN 149818
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, California   93747
Telephone:  (559) 342-5800
Facsimile:  (559) 242-2400
E-Mail:  kevin@kevinlittle.com

Attorneys for Defendant Kevin Packard

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>KEVIN PACKARD,<br><br>              Defendant. | Case No. 1:16-cr-00069-LJO-SKO<br><br>STIPULATION AND ORDER SEEKING RECONSIDERATION OF THE COURT'S MARCH 18, 2020 MINUTE ORDER (DKT. NO. 856) BASED UPON GOOD CAUSE AND TO PREVENT A POTENTIALLY OVERLONG SENTENCE |

      IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel KEVIN G. LITTLE, attorney for Defendant, and KIMBERLY SANCHEZ, Assistant U.S. Attorney for the United States that the Court should reconsider its March 18, 2020 Minute Order (Dkt. No. 856) continuing the scheduled March 20, 2020 hearing based on the compelling circumstances of this particular case.  The parties would request a hearing be held on or before March 27, 2020, for the reasons set forth herein.

      General Order 612 provides:

> 5.  In criminal cases before the District Judges, the assigned District Judge may continue matters to a date after May 1, 2020, excluding time under the Speedy Trial Act with reference to the court's prior General Order 611 issued on March 17, 2020, with additional findings to support the exclusion in the Judge's discretion; if any criminal matters are maintained on calendar, to the full extent possible they shall be conducted by telephone or video conference.

6. Any Judge may order case-by-case exceptions to any of the above numbered provisions for non-jury court matters at the discretion of that Judge or upon the request of counsel, after consultation with counsel.

Mindful of the procedures outlined in General Order 612, and after meeting and conferring, the parties stipulate as follows, based on these recitations of good cause and compelling circumstances:

WHEREAS the defendant has been in custody since September 24, 2019, nearly six months; and

WHEREAS, the parties have agreed that the defendant will admit to an amended petition alleging a violation of standard release condition 8 (Dkt. No. 629, p. 4), as a result of certain Facebook communications he had in 2019, and will waive his appellate rights, with the defense requesting a 6 month sentence, and the government and the United States Probation Office recommending a 7 month sentence; and

WHEREAS, the parties are willing to agree to the defendant's virtual or telephonic presence; and

WHEREAS, if the hearing is not held soon and is instead held as contemplated on May 8, 2020, the defendant will have served more time for this violation that any party or the Probation Office is recommending and will likely serve an overlong sentence as a result of the delay; and

WHEREAS, the recommended governmental precautions of social distancing and sheltering are not possible in the Fresno County Jail where the defendant is housed, thereby exposing him and the general public to greater risk of COVID-19 infection due to his extended incarceration;

IT IS HEREBY STIPULATED that the Court should reconsider its March 18, 2020 Minute Order (Dkt. No. 856) based on the compelling circumstances of this particular case. The parties would request that the Court order the hearing to take place on or before March 27, 2020, with the parties and the defendant being permitted to appear virtually, i.e., either telephonically and/or by video.

| | | |
|---|---|---|
| DATED: March 18, 2020 | | Respectfully submitted,<br>**/s/ Kevin G. Little**<br>Kevin G. Little<br>Attorney for Defendant Kevin Packard |
| DATED: March 18, 2020 | | Respectfully submitted,<br>**/s/ Kimberly A. Sanchez**<br>Kimberly A. Sanchez<br>Assistant U.S. Attorney<br>Attorney for the United States |

**ORDER**

The admit or deny hearing and sentencing hearing in this case will be held on March 27, 2020 at 10:30 a.m. in Courtroom 4, by video and telephonically. For any further instructions regarding their appearance the parties are referred to Courtroom Deputy Irma Munoz.

IT IS SO ORDERED.

Dated: **March 25, 2020**

UNITED STATES DISTRICT JUDGE