IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:16-CR-00069-012 LJO |
| Plaintiff, | ORDER OF RELEASE |
| v. | |
| KEVIN PACKARD, | |
| Defendant. | |

The above-named defendant having been sentenced on March 27, 2020, to time served, IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order will follow.

IT IS SO ORDERED.

Dated: **March 27, 2020**

UNITED STATES DISTRICT JUDGE