McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  1:16-CR-00069 NONE-SKO |
| Plaintiff, | MOTION TO DISMISS SUPERVISED RELEASE VIOLATION PETITION WITHOUT PREJUDICE |
| v. | |
| KEVIN PACKARD, | |
| Defendant | |

The United States of America, by and through McGREGOR W. SCOTT, United States Attorney, and KIMBERLY A. SANCHEZ, Assistant United States Attorney, hereby files this motion to dismiss the supervised release violation petition underlying the warrant issued on (Document No. 875) without prejudice.

Dated:  August 18, 2020

McGREGOR W. SCOTT
United States Attorney


By:  /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 1:16-CR-00069 NONE-SKO |
| Plaintiff, | ORDER DISMISSING THE SUPERVISED RELEASE VIOLATION PETITION WITHOUT PREJUDICE |
| v. | |
| KEVIN PACKARD, | |
| Defendant | |

Upon application of the United States of America,

IT IS HEREBY ORDERED that the supervised release petition is dismissed without prejudice.

IT IS SO ORDERED.

Dated:   **August 18, 2020**

_____
UNITED STATES DISTRICT JUDGE