UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Dale A. Drozd<br>United States District Judge<br>Fresno, California | **RE:  KEVIN PACKARD**<br>**Docket Number:  0972 1:16CR000069**<br>**RECALL OF FEDERAL WARRANT** |

Your Honor:

Kevin Packard is currently in compliance with his terms and conditions of supervision. At this time, the Probation Office respectfully recommends that the violation allegations noted in the petition issued on July 28, 2020, be dismissed.

Respectfully submitted,

Chhoeuth Bou
United States Probation Officer

Dated:   August 17, 2020
         Fresno, California

---

### ORDER OF THE COURT

**The Court orders:**

☒ The recall of the federal warrant issued on July 28, 2020, and the dismissal of the violation petition.

IT IS SO ORDERED.

Dated:   **August 18, 2020**

UNITED STATES DISTRICT JUDGE

CC:
United States Probation
Assistant United States Attorney

1

REV.  03/2017

**RE:   MARIO JUAN TOMAS**
       **Docket Number:  0972 1:18MJ00163-001**
       **RECALL OF FEDERAL WARRANT**


Defense Counsel