FILED
AUG 18 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN PACKARD,<br><br>Defendant. | Case No.: 1:16-CR-00069-012 NONE SKO<br><br>ORDER OF RELEASE |

The supervised release petition (Doc. No. 875) as to the above-named defendant having been dismissed on August 18, 2020,

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

IT IS SO ORDERED.

Dated: 8/18/20

_____
UNITED STATES MAGISTRATE JUDGE
Erica P. Grosjean

8/18/2020 12:40 pm
USM electronically copied with this order