UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN MOURICE PACKARD,<br><br>Defendants. | No. 1:16-CR-00069-NONE<br><br><br><br>ORDER |

IT IS HEREBY ORDERED that the chronological entries and text messages from October 2 and 5, 2020, in the United States Probation Office's record-keeping system may be released to Antonio J. Pataca, Assistant U.S. Attorney, with the provision that no recipient may disseminate the documents without further order of the Court other than as the Assistant U.S. Attorney finds necessary to provide the documents to Mr. Packard or his defense team.

IT IS SO ORDERED.

Dated:   **October 28, 2020**              /s/ Barbara A. McAuliffe
                                                           UNITED STATES MAGISTRATE JUDGE

1