KEVIN G. LITTLE, SBN 149818
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, CA 93747
Telephone:  (559) 342-5800
Facsimile:   (559) 242-2400
E-Mail: kevin@kevinlittle.com

Attorneys for Defendant Kevin Packard

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:16-CR-00069-DAD-SKO |
| Plaintiff, | STIPULATION RE: TIME CREDIT CONSIDERATION AND ORDER |
| v. | |
| KEVIN PACKARD, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Kevin Packard, by and through his counsel of record, hereby stipulate as follows:

1. From July 28, 2020 through August 18, 2020, the defendant was held in federal custody based on a violation petition filed on July 28, 2020. Doc. 875. That violation petition was dismissed without prejudice on August 18, 2020. Doc. 882.

2. On October 9, 2020, another violation petition was filed alleging that the defendant committed a new law violation on October 2, 2020. Doc. 896. On December 18, 2020, the defendant was sentenced to a term of 7 months imprisonment based upon his partial admission to that petition, and a corresponding judgment issued on December 21, 2020. Doc. 911.

3. In calculating the defendant's time credits for purposes of his December 21, 2020 Judgment, the Attorney General and Federal Bureau of Prisons may consider the additional 22 days the

defendant spent in custody between July 28 and August 18, 2020.

4. Once the defendant has served the 7-month sentence imposed by the Court, as reflected in the December 21, 2020 Judgment, he will no longer be on supervised release.

5. The Court's Order on this stipulation shall be delivered to the Federal Bureau of Prisons in the same manner as the December 21, 2020 Judgment.

IT IS SO STIPULATED.

Dated:  December 22, 2020                       McGREGOR W. SCOTT
                                                United States Attorney


                                                /s/ ANTONIO PATACA
                                                ANTONIO PATACA
                                                Assistant United States Attorney


Dated:  December 22, 2020                       /s/ KEVIN LITTLE
                                                KEVIN LITTLE
                                                Counsel for Defendant
                                                KEVIN PACKARD

### ORDER

In adopting the parties stipulation, the court emphasizes the language of that stipulation that the Attorney General and Federal Bureau of Prisons *may* consider the additional 22 days in calculating defendant's time credits and is not an indication that the court has ordered them to do so, since calculation of time credits is to be determined by the Bureau of Prisons.  *United States v. Wilson*, 503 U.S. 329, 331–32 (1992); *Allen v. Crabtree*, 153 F.3d 1030, 1033 (9th Cir. 1998); *United States v. Clayton*, 588 F.2d 1288, 1292 (9th Cir.1979) ("It is the administrative responsibility of the Attorney General, the Department of Justice, and the Bureau of Prisons to compute sentences and apply credit where it is due.").

IT IS SO ORDERED.

Dated:  **December 22, 2020**                   _____
                                                UNITED STATES DISTRICT JUDGE

STIPULATION RE: TIME CREDIT CONSIDERATION AND ORDER                    2